STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v. MARIA SZWEC et al., Respondents.—

864

Hopkins, Acting P. J., Munder, Martuscello, Latham and Brennan, JJ., concur.